IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES RIANI,

      Appellant,

v.

      Case No. 5D22-1897
LT Case No. 2001-CF-000193-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

James Riani, Tuscon, AZ, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.